UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT L. SLAUGHTER,<br><br>                    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE. Commissioner of Social Security,<br><br>                    Defendant. | Case No. 3:12-cv-05354-KLS<br><br>ORDER GRANTING UNOPPOSED MOTION FOR REVISION OF BRIEFING SCHEDULE |

Based on plaintiff's unopposed motion for revision of the briefing schedule and the declaration of Rosemary B. Schurman (see ECF #11) and lack of opposition to plaintiff's motion by defendant, that motion is granted and it is hereby ordered as follows:

Plaintiff's Opening Brief shall be filed on or before **August 7, 2012**, defendant's Response Brief shall be filed on or before **September 4, 2012**, and plaintiff's reply brief shall be filed on or before **September 18, 2012**.

DATED this 1st day of August, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1